UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| **PRINCELLA S. SATTERFIELD,** | |
| **Plaintiff,** | |
| *vs.* | CAUSE NO. 1:16-cv-492-DKL-JMS |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

## JUDGMENT

The Court, having this date issued its *Entry* providing its rationale for this judgment, hereby **ORDERS, ADJUDGES, and DECREES** judgment in favor of Defendant and against Plaintiff. The defendant Commissioner's decision denying plaintiff Princella S. Satterfield's claim for disability benefits is **AFFIRMED**. This is a final judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this date: 3/27/2017

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.